# Court of Appeals
# of the State of Georgia

ATLANTA, September 19, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0020. AALIM SPENCER v. THE STATE.**

On June 13, 2013, the trial court entered an order denying Aalim Spencer's motion to modify his sentence.[1] Spencer did not appeal from that decision, but instead filed a motion for reconsideration, which the trial court denied on July 31, 2013. Spencer then filed an application for discretionary appeal on August 29, 2013. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). The denial of a motion for reconsideration of an appealable order or judgment is not itself appealable and does not extend the time for filing a notice of appeal or an application for appeal. See *Campbell v. State*, 192 Ga. App. 316 (385 SE2d 14) (1989); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Because this application was filed 77 days after entry of the order denying Spencer's motion to modify his sentence, it is untimely and we lack jurisdiction to consider it. See *Hill*, supra. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/19/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , Clerk.

---

[1] Spencer has not included this order with his application, but the trial court's order denying Spencer's motion for reconsideration notes the date the court entered the order denying Spencer's motion to modify his sentence.